UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REGINA ELLISON

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NUMBER 08-39-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the decision of the Commissioner denying supplemental security income benefits ("SSI") and disability insurance benefits ("DIB") to Regina Ellison be AFFIRMED and plaintiff's complaint be DISMISSED with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March _31_, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45932