UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REGINA ELLISON

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NUMBER 08-39-FJP-DLD

## J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, affirming the decision of the Commissioner denying supplemental security income benefits ("SSI") and disability insurance benefits ("DIB") to Regina Ellison and dismissing plaintiff's complaint with prejudice.

Baton Rouge, Louisiana, March ___31___, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45932